**No. 49548.**—Protests 88601-K, etc., of Saul N. Ades et al. (San Francisco).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JUNE 21, 1944

**No. 49549.**—Protests 106906-K, etc., of T. D. Downing Co. et al. (Boston).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49550.**—Protest 46191-K of F & M Importing Co. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and cited cases an allowance of 2½ percent was made for certain Sardo cheese similar to that the subject of Abstract 42178, and an allowance was also made, following Abstracts 36724 and 38185, for the weight of the paper or foil, or both, in which certain cheese was wrapped. The protest was sustained to this extent.

**No. 49551.**—Protests 94432-K, etc., of Albert Burki et al. (Los Angeles, etc.).

Opinion by KEEFE. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JUNE 23, 1944

**No. 49552.**—Petition 5852-R of Davidson & Strauss (San Francisco).

Opinion by EKWALL, J. At the hearing the Government moved to dismiss the petition on the ground that it was filed prior to final appraisement. This motion was granted. The petition was therefore ordered dismissed.

BEFORE THE FIRST DIVISION, JUNE 24, 1944

**No. 49553.**—Protests 44627-K, etc., of P. Beiersdorf & Co., Inc. (New York).

Opinion by COLE, J. In view of stipulation of counsel that the merchandise in question is the same in all material respects as that the subject of *Beiersdorf* v. *United States* (31 C. C. P. A. 158, C. A. D. 267), the claims were sustained to this extent.